NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1547, -1563

PAUL MULLER INDUSTRIE GMBH & CO.,

Plaintiff-Appellee,

and

THE BARDEN CORPORATION, FAG BEARINGS CORPORATION,
BARDEN CORPORATION (U.K.) LIMITED, FAG ITALIA S.P.A.,
and FAG KUGELFISCHER AG,

Plaintiffs,

and

SARMA, SKF USA, INC., SKF INDUSTRIE S.P.A.,
SKF GMBH, and SKF FRANCE S.A.,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellee,

v.

TIMKEN U.S. CORPORATION,

Defendant-Appellant.

William F. Marshall, Grunfeld, Desiderio, Lebowitz, Silverman and Klestadt LLP, of New York, New York, argued for plaintiff-appellee. With him on the brief was Bruce M. Mitchell.

Herbert C. Shelley, Steptoe & Johnson LLP, of Washington, DC, argued for plaintiffs-cross appellants. With him on the brief were Alice A. Kipel and Susan R. Gihring.

Patricia A. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director, and Claudia Burke, Trial Attorney. Of counsel on

the brief was <u>Mykhaylo A. Gryzlov</u>, Attorney-Advisor, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

<u>Geert M. De Prest</u>, Stewart and Stewart, of Washington, DC, argued for defendant-appellant. With him on the brief were <u>Terence P. Stewart</u> and <u>Lane S. Hurewitz</u>. Of counsel was <u>William A. Fennell</u>.

Appealed from: United States Court of International Trade

Judge Evan J. Wallach

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1547, -1563

PAUL MULLER INDUSTRIE GMBH & CO.,

Plaintiff-Appellee,

and

THE BARDEN CORPORATION, FAG BEARINGS CORPORATION,
BARDEN CORPORATION (U.K.) LIMITED, FAG ITALIA S.P.A.,
and FAG KUGELFISCHER AG,

Plaintiffs,

and

SARMA, SKF USA, INC., SKF INDUSTRIE S.P.A.,
SKF GMBH, and SKF FRANCE S.A.,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellee,

v.

TIMKEN U.S. CORPORATION,

Defendant-Appellant.

# Judgment

ON APPEAL from the      United States Court of International Trade

In CASE NO(S).      04-00522.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, BRYSON, and LINN, <u>Circuit Judges</u>).

**<u>AFFIRMED</u>.**  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED <u>July 10, 2008</u>　　　　　　　　<u>/s/ Jan Horbaly</u>
　　　　　　　　　　　　　　　　Jan Horbaly, Clerk